STATE OF NEW JERSEY v. ALBERT HARRY SUBIN.

May 24, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 227)

STATE OF NEW JERSEY v. JACK NEMETH.

May 24, 1988.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF J. FILIBERTO SANITA-
TION, INC., FOR AN INCREASE IN RATES FOR SOLID
WASTE COLLECTION SERVICES PHASE I AND PHASE II.

May 24, 1988.

Petition for certification denied.

WILLIAM WYNN v. QUINCY MUTUAL FIRE
INSURANCE COMPANY.

May 24, 1988.

Petition for certification denied.